# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

**TERRALL SYLVESTER KENNEDY,**

        Petitioner,

  v.

**OCTAVIO C. LUNA,**

        Respondent.

Case No. CV 12-9523-DSF(AJW)

JUDGMENT

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 8/5/13

_____
Dale S. Fischer
United States District Judge